ISAIAH HUNT v. ROBERT PATTERSON.

*Entry of Judgment follows Finding of .Facts.*

Where a written request is made seasonably for a finding of facts, and judgment is entered without such finding, it is not error to set aside the judgment and enter a new one after the finding is filed.—*Per Curiam.*

Error to Kent.    Submitted and decided January 10. The error assigned was that judgment could not be vacated and a new one entered without notice to the party against whom it had been rendered.

*MacLaren & Jennings* for plaintiff in error.

*G. Chase Godwin* for defendant in error.

---

PEOPLE EX REL. ORLAND H. GODWIN v. BOARD OF EDUCATION OF GRAND RAPIDS.

*Election to Municipal Boards—"Freeholder" defined.*

The board of education of Grand Rapids is not vested with any power, judicial or *quasi* judicial, to go behind the statements of election of any of their members.    They are bound to receive those whose election has been ascertained by the statements made out by the canvassers. Local Acts, 1877, p. 440.

A person for whose sole benefit an undivided interest in fee is held by another in trust absolute appearing on the conveyance is a freeholder.—*Per Curiam.*

MANDAMUS to compel the board of education to admit the relator to a seat in that body to which he claimed to have been elected.    Submitted and decided January 10.

*G. Chase Godwin,* for the relator.

*Edward Taggart* for the respondent.